UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO, | No. 2:24-cv-3451 AC P |
| Petitioner, | |
| v. | ORDER |
| LEANNA LUNDY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application to proceed in forma pauperis. ECF No. 2. However, the certificate portion that is to be completed by prison staff showing the amount of money in petitioner's prison trust account has not been completed. See Habeas Rule 3(a)(2). Because the application is not on the form used by this district, it also does not include an authorization that alternatively allows the court to obtain a copy of petitioner's trust account statement directly from the prison. Petitioner will be provided the opportunity to submit an application that includes the required information. Petitioner should be sure to use the form provided by the court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an application in support of his request to proceed in forma pauperis using the form provided by the court; and

////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: December 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE