UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LEANNA LUNDY,<br><br>　　　　Respondent. | No. 2:24-cv-3451 AC P<br><br>ORDER |

　　　By an order filed December 17, 2024, the court determined that petitioner's application to proceed in forma pauperis was missing required information and he was ordered to file a completed application using the form provided by this court. ECF No. 8. The thirty-day period has now expired, and petitioner has not filed an application or otherwise responded to the court's order. Petitioner will be given one final opportunity to submit an application.

　　　Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, petitioner shall submit an application to proceed in forma pauperis. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: January 30, 2025.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1