f

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJERANO, | No. 2:24-cv-3451 DJC AC P |
| Petitioner, | |
| v. | ORDER |
| LEANNA LUNDY, | |
| Respondent. | |

Petitioner has filed a third request for an extension of time to file a traverse. Good cause appearing, the motion will be granted. However, petitioner is cautioned that no further extensions of time will be granted absent a showing of extraordinary cause. IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 24) is GRANTED; and

2. Petitioner may file a traverse within thirty days from the date of this order.

DATED: September 5, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE